FILED

04/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0643

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0643

SEBASTIAN ALEXANDER KEITEL,

Respondent and Appellant,

v.

AVANLEE CHRISTINE OKRAGLY,

Petitioner and Appellee.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Appellant's Unopposed Motion to Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED and this appeal is hereby DISMISSED with prejudice.

cc:    Caitlin Pabst, Joseph Raffiani

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2024